1
2
3
4
5
6
7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   BRYAN DAMON PATTERSON,                    No.  2:14-cv-2262 AC

12                  Plaintiff,

13        v.                                   ORDER AND

14   PEOPLE OF THE STATE OF                    FINDINGS AND RECOMMENDATIONS
     CALIFORNIA,
15
                    Defendant.
16

17
         By order filed October 8, 2014 plaintiff was ordered to file an in forma pauperis affidavit
18
     or pay the appropriate filing fees within thirty days and was cautioned that failure to do so would
19
     result in a recommendation that this action be dismissed.  ECF No. 3.  The thirty-day period has
20
     now expired, and plaintiff has not responded to the court's order and has not filed an in forma
21
     pauperis affidavit or paid the appropriate filing fee.
22
         IT IS HEREBY ORDERED that the Clerk randomly assign a district court judge to this
23
     case.
24
         IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.
25
         These findings and recommendations are submitted to the United States District Judge
26
     assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one days
27
     after being served with these findings and recommendations, plaintiff may file written objections
28
     with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings

                                          1

1  and Recommendations."  Plaintiff is advised that failure to file objections within the specified

2  time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153

3  (9th Cir. 1991).

4  DATED: November 25, 2014

5

6  ALLISON CLAIRE
   UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2